■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN M. GREGORY, Appellant. [682 NYS2d 651] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Assault, 1st Degree.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA MAE TAYLOR, Appellant. [682 NYS2d 652] —Judgment unanimously affirmed. Memorandum: Because defendant was not in custody when she made statements to the police, Supreme Court properly denied her suppression motion (see, People v Bailey, 140 AD2d 356, 358). "[A] reasonable [person], innocent of any crime," would not have considered herself to be in custody had she been in defendant's position (People v Yukl, 25 NY2d 585, 589, rearg denied 26 NY2d 845, 883, cert denied 400 US 851). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Forgery, 2nd Degree.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.